In the Matter of the Application of the CORPORATION COUNSEL OF THE CITY OF NEW YORK Relative to the Appointment of Commissioners to Determine Damages to Property Owners Caused by the Closing of Old Third Avenue in the Borough of the Bronx.

JOHN L. ARMSTRONG, as Executor of JOHN ARMSTRONG, Deceased, Appellant; CITY OF NEW YORK, Respondent.

Submitted October 3, 1938; decided October 11, 1938.

*William C. Chanler, Corporation Counsel (Lewis Orgel* of counsel), for motion.

*Frederick W. Hottenroth* opposed.

Motion denied.

P. DELANY AND COMPANY, Respondent, *v.* ROSANNA DUVOLI et al., Defendants; FRANCES M. LABES, Appellant, and LOUIS ARGENIO et al., Respondents.

Submitted October 3, 1938; decided October 11, 1938.

Motion for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 278 N. Y. 328.)